**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN District of NEW YORK
(State)

Case number (*If known*): ____________ Chapter 7

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** CDX MEDICAL ACQUISITION INC.

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) 82-1999520

**4. Debtor's address**

**Principal place of business**

Four Executive Boulevard
Number Street

Suite 301

Suffren, New York 10901
City State ZIP Code

Rockland
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website** (URL) http://cdxdiagnostics.com

Debtor CDX MEDICAL ACQUISITION INC. Case number (*if known*)______
Name

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6 2 1 5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

Debtor CDX MEDICAL ACQUISITION INC.
Name
Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor SEE ATTACHED LIST Relationship
District When MM / DD / YYYY
Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number Street

City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor CDX MEDICAL ACQUISITION INC.
Name

Case number (*if known*) ______

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/20/2026
MM / DD / YYYY

✘ DocuSigned by: Roger O'Sullivan
E8BF5211814D453...
Signature of authorized representative of debtor

Roger O'Sullivan
Printed name

Title General Counsel

**18. Signature of attorney**

✘ DocuSigned by: Matthew B. Stein
3886DED0797E4A4...
Signature of attorney for debtor

Date 08/20/2026
MM / DD / YYYY

Matthew B. Stein
Printed name

Kasowitz LLP
Firm name

1633 Broadway
Number Street

New York | NY | 10019
City | State | ZIP Code

(212) 506-1717
Contact phone

mstein@kasowitz.com
Email address

4179479 | NY
Bar number | State

Docusign Envelope ID: 8B8764A2-6A8E-88AB-82BD-0E9F9724140A


## ATTACHMENT TO PETITION

List of All Affiliated Bankruptcy Cases

CDx Medical Acquisition, Inc.
CDx Diagnostics, Inc.
CDx Medical IP, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 7** |
| **CDX MEDICAL ACQUISITION INC.,[1]** | **Case No. 26-** |
| **Debtor.** | |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Bankruptcy Rules for the Southern District of New York and to enable the Judges to evaluate possible disqualifications or recusals, on behalf of CDx Medical Acquisition Inc. (the "Debtor"), the undersigned authorized officer certifies the following:

**Ownership of 100% of the Debtor's Equity Interests: CDx Medical Intermediate Holdings, Inc.**

**The Debtor is not owned by any publicly held corporation nor is there any corporation whose securities are publicly traded in which the debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests.**

**DECLARATION UNDER PENALTY OF PERJURY:**

I, the undersigned authorized officer of CDX Medical Acquisition, Inc., named as the Debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing and it is true and correct to the best of my knowledge, information and belief.

Dated: August 20, 2026

DocuSigned by:
/s/ Roger O'Sullivan
E8BF5211814D453...
Signature

Roger O' Sullivan
Name

---

[1] The last four digits of the Debtor's federal tax identification number is: 9520.

# CDX MEDICAL ACQUISITION, INC.

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE SOLE DIRECTOR IN LIEU OF A MEETING

August 19, 2026

The undersigned, being the sole member of the board of directors (the "Board of Directors") of CDx Medical Acquisition, Inc., a Delaware corporation (the "Corporation"), acting pursuant to the General Corporation Law of the State of Delaware and the Bylaws of the Corporation (the "ByLaws"), does hereby consent to and adopt the following resolutions and direct that it shall, in all respects, be deemed valid corporate action as though such resolution had been adopted at a meeting of the Board of Directors of the Corporation held this day (the "Written Consent"):

### Authorization to Commence Chapter 7 Proceeding

WHEREAS, the Board of Directors has consulted with advisors and determined that it is necessary, advisable and in the best interests of the Company, its creditors, and other interested parties, and necessary and appropriate to the purpose, conduct, promotion, or attainment of the business and affairs of the Company, that a petition be filed by the Company seeking relief under chapter 7 of title 11 of the United States Code (the "***Bankruptcy Code***") and that the Company undertake related actions.

NOW THEREFORE BE IT:

RESOLVED, that the Board of Directors, in its best judgment, and after consultation with the Company's advisors, has determined that it is desirable and in the best interests of the Company, its creditors and its sole member that a voluntary petition for relief under chapter 7 of the Bankruptcy Code be filed and directs that the Company file or cause to be filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code;

RESOLVED FURTHER, that the "***Authorized Signatory***" referenced in these resolutions shall be, with respect to the Company, Roger O'Sullivan, acting directly on behalf of the Company as an agent of the Company;

RESOLVED FURTHER, that the Authorized Signatory of the Company, be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "***Bankruptcy Court***") at such time as such Authorized Signatory shall determine;

RESOLVED FURTHER, that the Authorized Signatory of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and file all pleadings, schedules, lists, and other papers, and to take any and all actions that the Authorized Signatory may deem necessary or proper in connection with the foregoing resolutions;

### General

RESOLVED FURTHER, that the Authorized Signatory of the Company be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to (i) take or cause to be taken any and all such further actions and to prepare, execute and deliver or cause to be prepared, executed and

Docusign Envelope ID: 8B8764A2-6A8E-88AB-82BD-0E9F9724140A


delivered and, where necessary or appropriate, file or cause to be filed with the appropriate governmental authorities, all such necessary or appropriate instruments and documents, and (ii) incur and pay or cause to be paid all fees and expenses associated with or arising out of the actions authorized herein;

RESOLVED FURTHER, that all lawful actions of any kind taken prior to the date hereof by the Authorized Signatory, or any person or persons designated or authorized to act by an Authorized Signatory, which acts would have been authorized by the foregoing resolutions, except that such acts were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as acts of the Company;

RESOLVED FURTHER**,** that the signature of the Authorized Signatory of the Company on any document, instrument, certificate, agreement or other writing shall constitute conclusive evidence that the Authorized Signatory deemed such act or thing to be necessary, advisable or appropriate; and

RESOLVED FURTHER, that the Authorized Signatory of the Company be, and hereby is, authorized and empowered to certify and to furnish such copies of these resolutions as may be necessary and such statements of incumbency of the Authorized Signatory of the Company as may be requested.

IN WITNESS WHEREOF, the undersigned, being the sole director of the Corporation, has executed this Written Consent effective as of the date first written above.

**CDX MEDICAL ACQUISITION, INC.**

DocuSigned by:

Ivona Smith

By: F01ECEFB0D5A4EA...

Name: Ivona Smith
Title: Director

# United States Bankruptcy Court

Southern District Of New York

**In re**

CDx Medical Acquisition Inc.

Case No. ____________________

**Debtor**

Chapter 7

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of CDx Medical Acquisition Inc., CDx Diagnostics, Inc., and CDx Medical IP, Inc. in contemplation of or in connection with the bankruptcy case is as follows:
   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,620.00

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . $ 10,620.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

Docusign Envelope ID: 8B8764A2-6A8E-88AB-82BD-0E9F9724140A





6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 20, 2026
*Date*

*Signature of Attorney*

Kasowitz LLP
*Name of law firm*

AcuityMD Inc
100 City Hall Plaza Unit 210
Boston, MA 02108

Amex
P.O. Box 1270
Newark, NJ 07101-1270

Amster, Rothstein & Ebenstein LLP
405 Lexington Avenue
New York, NY 1017

ELLKAY LLC
200 Riverfront Blvd, 3rd Floor
Elmwood Park, NJ 07407

Executive Assoc. North IV, LLC
4 Executive Blvd., Suite 200
Suffern, NY 10901

Executive Assoc. North II, LLC
4 Executive Blvd., Suite 200
Suffern, NY 10901

First Insurance Funding
Post Office Box 7000
Carol Stream, IL 60197-7000

Hologic Inc
24506 Network Place
Chicago, IL 60673-1245

Leica Microsystems, Inc.
14008 Collections Center Drive
Chicago, IL 60693

NFS Capital, LLC
900 Cummings Center Suite 226-U
Beverly, MA 01915

NFS Leasing, Inc.
900 Cummings Center Suite 226-U
Beverly, MA 01915

Presidio Networked Solutions Group LLC
PO Box 677638
Dallas TX 75267-7638

Docusign Envelope ID: 8B8764A2-6A8E-88AB-82BD-0E9F9724140A


RapidScale Inc
PO BOX 92126
Las Vegas, NV 89193-2126

Richard Allan Scientific LLC
32 W Tallulah Dr.
Greenville, SC 29605

SAX LLP
P.O. Box 51049
Newark, NJ 07101-5149

Total Gastroenterology, PA
7441 US Hwy 27 North
Sebring, FL 33870

University of Colorado Denver
Office of Grants & Contracts- F428
PO Box 910238
Denver CO 80291-0238

White Oak Healthcare Finance, LLC
1155 6th Avenue, 15th Fl.
New York, NY 10036

XIFIN Inc.
12225 El Camino Real
San Diego, CA 92130